UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:00-CR-102-3-F1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SALLIE P. KREDA, | ) | |
| Defendant. | ) | |

The defendant's unopposed Motion for Early Termination of Supervised Release [DE-95] is ALLOWED.

SO ORDERED.

This the 7th day of January, 2013.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge